**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **BOBBY PHILLIPS,** ) | |
|     **Plaintiff,** ) | |
| **v.** ) | **No. 3:16-CV-2680-D** |
| ) | |
| **DALLAS COUNTY SHERIFF'S DEPT.,** ) | |
| **ET AL.,** ) | |
|     **Defendants.** ) | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the January 12, 2017 findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted. Plaintiff's December 21, 2016 motion to dismiss and his January 27, 2017 motion for discovery, production and inspection of evidence No. 1 are denied.

**SO ORDERED**.

February 16, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE